**Order entered August 11, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00359-CV

### LEE PURSER, Appellant

### V.

### BRENT L. CORALLI, JET TEXT, LLC, AND CORALLI, INC., Appellees

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-05082-2013**

## ORDER

We **GRANT** appellant's August 7, 2015 unopposed second motion for extension of time to file brief and **ORDER** the brief be filed no later than September 9, 2015. No further extensions may be granted absent exigent circumstances.

/s/     CRAIG STODDART
JUSTICE